IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR31 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING** |
| vs. | ) | **PERMISSION TO FILE** |
| | ) | **RESTRICTED DOCUMENT** |
| PATRICK PINKNEY | ) | |
| | ) | |
| Defendant. | ) | |

Defendant's Motion for Permission to File Restricted Document (Filing #24) having come before the Court and the Court, being fully advised in the premises, finds the motion should be granted.

IT IS THEREFORE ORDERED the Clerk shall file Defendant's Ex Parte Motion (Filing #25), the supporting Affidavit of Clarence E. Mock III referenced therein and any order entered pursuant to the motion under restriction so they are accessible by the Court and counsel of record only.

DATED this 24th day of September, 2007.

BY THE COURT:

/s Joseph F. Bataillon

Honorable Joseph F. Bataillon
Chief United States District Judge