## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR31 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING** |
| vs. | ) | **PERMISSION TO FILE** |
| | ) | **RESTRICTED DOCUMENT** |
| PATRICK PINKNEY | ) | |
| | ) | |
| Defendant. | ) | |

Defendant's Motion for Permission to File Restricted Document (Filing #28) having come before the Court and the Court, being fully advised in the premises, finds the motion should be granted.

IT IS THEREFORE ORDERED the Clerk shall file Defendant's Application for Release from Pretrial Detention (Filing #29) and any order entered pursuant to the motion under restriction so they are accessible by the Court and counsel of record only.

DATED this 2nd day of November, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
The Honorable Joseph F. Bataillon
Chief United States District Judge